# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

# ORDER TRANSFERRING MAGISTRATE JUDGE BUSH'S PENDING REFERRAL CASES AND MOTIONS

Magistrate Judge Kimberly Priest Johnson has assumed the duties formerly performed by Magistrate Judge Don Bush, who retired on August 31, 2016. All pending matters assigned to the undersigned and referred to Magistrate Judge Bush are hereby **TRANSFERRED** to Magistrate Judge Johnson as of the date of this order.

IT IS SO ORDERED.

**SIGNED this the 8th day of September, 2016.**

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE